[Civ. No. 3806. Second Appellate District, Division One.—April 26, 1922.]

IRA SMITH, Respondent, v. A. L. GORE et al., Appellants.

[1] PERSONAL RIGHTS — DISCRIMINATION AGAINST NEGRO. — Judgment affirmed on authority of *Prowd* v. *Gore, ante,* p. 458.

APPEAL from a judgment of the Superior Court of Los Angeles County. Edwin F. Hahn, Judge. Affirmed.

The facts are identical with those involved in *Prowd* v. *Gore, ante,* p. 458.

Schweitzer & Hutton for Appellants.

E. Burton Ceruti for Respondent.

THE COURT.—[1] This action is based upon facts identical with those involved in the case of *Prowd* v. *Gore, ante,* p. 458 [207 Pac. 490]. Upon the authority of what is there said, the judgment herein is affirmed.